IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PGI POLYMER, INC., a Delaware Corporation, and<br><br>CHICOPEE, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER CO. an Ohio Corporation,<br><br>INTER-AMERICAN PRODUCTS INC. an Ohio Corporation, and<br><br>U.S. NONWOVENS CORP. a New York Corporation,<br><br>Defendants. | Civil Action File<br>No.: 1:06-CV-1762-WSD |

## NOTICE OF DISMISSAL

Plaintiffs, PGI Polymer, Inc. and Chicopee, Inc., hereby dismiss with prejudice the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Entered as dismissed pursuant to
Rule 41(a)(l)(i)(ii), F.R.C.P.

James N. Hatten, Clerk

By / *signature*
Deputy Clerk

ATI 30050136.1                                 1

Dated: September 7, 2006.

_____
Stephen R. Risley
Ga. Bar No. 606545
J. Scott Culpepper
Ga. Bar No. 200950
Robins, Kaplan, Miller & Ciresi L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Rd., N.E.
Atlanta, GA  30326-1119
Telephone:  (404) 760-4300
Facsimile:  (404) 233-1267

Attorneys for Plaintiffs
PGI Polymer, Inc. and
Chicopee, Inc.